**Ronna Joan ROBERTSON, Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 00–70902.

Tax Ct. No. 3183–98.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001 *.

Decided July 23, 2001.

Before KOZINSKI, T.G. NELSON, and RICHARD C. TALLMAN, Circuit Judges.

MEMORANDUM **

Ronna Joan Robertson appeals pro se from a decision of the tax court determining Robertson's deficiencies in income tax and additions to tax due for 1993 and 1994. We have jurisdiction pursuant to 26 U.S.C. § 7482(a), and we affirm.

Robertson's only contentions on appeal were not raised before the tax court and are therefore waived. *See Dodd v. Hood*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Robertson's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

---

*River County,* 59 F.3d 852, 863 (9th Cir. 1995).

AFFIRMED.